*WO*          UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Gregory,             )<br>                             )<br>                             )<br>         Petitioner,        )<br>                             )<br>     vs.                     )<br>                             )<br> Jo Anne B. Barnhart,        )<br> Commissioner of Social      )<br> Security,                   )<br>         Respondent.         )<br> _____ ) | JUDGMENT IN A CIVIL CASE<br>**AMENDED**<br>Case No.  CV-03-00397-TUC-FRZ(JCC) |

X    **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that the parties' Stipulation for Award of Attorney's Fees under the Equal Access to Justice Act (U.S.D.C. document #23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall be awarded the amount of two thousand dollars and zero cents ($2,000.00) in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).


  November 7, 2005                       RICHARD H. WEARE
Date                                     CLERK


                                         /S/ M. Michelle Mejia
                                            Deputy Clerk



Copies to: J/B, FRZ, ALL COUNSEL